UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:10-CR-29-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| LUIS VARGAS-CORNEJO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon Motion by the Government, the Court hereby grants the dismissal of the Bill of Indictment in the above-captioned case against Luis Vargas-Cornejo, *without* prejudice.

Signed: February 23, 2011

Richard L. Voorhees
United States District Judge